Advance-Parcho Lite Corporation, appellee, v. J. W. Cohen, appellant. Gen. No. 31,508.

Action for money had and on account stated. Judgment against defendant for want of affidavit of merits. Appeal from the Mu-

nicipal Court of Chicago; the Hon. Joseph L. McCarthy, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May, 17, 1927. Rehearing denied May 28, 1927.

Morris Kompel, for appellant. Joseph H. Edelson and William N. Wise, for appellee; William N. Wise, of counsel.

Mr. Justice Barnes delivered the opinion of the court.